## WILLIAM FOLEY *v.* CITY OF NEW BRITAIN ET AL.
### (7048)

SPALLONE, O'CONNELL and NORCOTT, Js.

Argued February 14—decision released February 22, 1989

*Harold J. Geragosian,* for the appellant (plaintiff).

*Jason M. Dodge,* with whom were *Joseph E. Skelly, Jr.,* and, on the brief, *James L. Pomeranz,* for the appellees (defendants).

PER CURIAM. There is no error.